# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Eltonette Smith | Case No. 1:14-cv-09632 |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Performant Recovery, Inc. | |
| Defendant. | |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement.  The parties are currently working on facilitating the settlement.  Plaintiff expects to dismiss this case within sixty days.

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA

By:   s/ David M. Menditto____
    David M. Menditto
    Attorney for Plaintiff
    1100 W. Cermak Rd., Suite B410
    Chicago, IL  60608
    Telephone: 312-380-6110
    Email: davidm@fairdebt411.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2015, I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's CM/ECF System upon the following:

Corinne C. Heggie
Hinshaw & Culbertson, LLP
222 North LaSalle Street
Suite 300
Chicago, IL 60601

Counsel for:
Performant Recovery, Inc.

s/ David M. Menditto