UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Eltonette Smith<br><br>　　　　Plaintiff,<br><br>v.<br><br>Performant Recovery, Inc.<br><br>　　　　Defendant. | Case No. 1:14-cv-09632<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　　Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own costs.


RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Hyslip & Taylor, LLC, LPA | Hinshaw & Culbertson, LLP |
| By: /s/ David M. Menditto<br>David M. Menditto<br>1100 W. Cermak Rd., Suite B410<br>Chicago, IL  60608<br>Telephone:  312-380-6110<br>Fax:  312-361-3509<br>Email: davidm@fairdebt411.com<br>Attorney for Plaintiff | By: /s/ Corinne C. Heggie<br>Corinne C. Heggie<br>222 N. LaSalle Street, Suite 300<br>Chicago, IL 60601<br>Telephone: 312-704-3626<br>Fax: 312-704-3001<br>Email: cheggie@hinshaw.law.com<br>Attorney for Defendant |
| Date: March 10, 2015 | Date: March 10, 2015 |

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 10, 2015, I electronically filed the foregoing Stipulation through the court's CM/ECF system, which will perfect service upon the following:

Corinne C. Heggie
Hinshaw & Culbertson, LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601

Counsel for:
Performant Recovery, Inc.

                                                                             /s/ David M. Menditto